# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER: 21-3067MJ |
| Richard Pratt | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the Counties of Maricopa and Pinal in the District of Arizona, the defendant violated, 18 U.S.C. § 2113(a), an offense described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Task Force Officer from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Brett A. Day, AUSA  *BDay*

TFO, Raymond Pauwels, FBI
Name of Complainant

*Raymond Pauwels*
Signature of Complainant

Sworn to before me electronically
April 6, 2021
Date

at   Phoenix, Arizona
City and State

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge
Name & Title of Judicial Officer

M Morrissey
Signature of Judicial Officer

# ATTACHMENT A
## DESCRIPTION OF COUNTS
### COUNT 1

On or about January 21, 2021, in the District of Arizona, Defendant RICHARD PRATT, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of First Convenience Bank, located at 2020 North 75th, Avenue Phoenix, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

On or about January 26, 2021, in the District of Arizona, Defendant RICHARD PRATT, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Chase Bank, located at 3502 West Bell Road, Phoenix, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Section 2113(a).

### COUNT 3

On or about March 26, 2021, in the District of Arizona, Defendant RICHARD PRATT, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of First American Credit Union, located at 1001 N. Pinal Ave., Casa Grande, Arizona, the deposits of which were then federally insured by the National Credit Union Administration (NCUA).

All in violation of Title 18, United States Code, Section 2113(a).

### COUNT 4

On or about March 26, 2021, in the District of Arizona, Defendant RICHARD PRATT, by force, violence, and intimidation, did attempt to take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Bank of America, located at 1600 E. Florence Boulevard, Casa Grande, Arizona, the deposits

of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Section 2113(a).

## ATTACHMENT B
## STATEMENT OF PROBABLE CAUSE

I, Raymond Pauwels, a Task Force Officer with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Task Force Officer with the Federal Bureau of Investigation's (FBI) Violent Crime Task Force. I have been a Police officer since March 1997, and a member of the Violent Crime Task Force since February 2020. Prior to being assigned to the Violent Crime Task Force, I investigated robberies, armed robberies, kidnappings, car jackings, burglaries, and purse snatches as a detective for the Phoenix Police Department.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents and law enforcement officers working the investigation, and information obtained from witnesses. All U.S. currency stolen from the banks in counts 1 through 4 during this series was federally insured by the Federal Deposit Insurance Corporation (FDIC) or the National Credit Union Association (NCUA).

3. This statement is an overview of the facts relevant to establish probable cause and, as such, does not include every detail known to law enforcement.

### Probable Cause
### Introduction

4. Your Affiant, along with investigators from Phoenix Police Department and FBI, is investigating a series of bank robberies that occurred from January 21, 2021 through March 26, 2021. The robberies were committed by the now known suspect **Richard PRATT**. The second robbery detailed below was committed by both **PRATT** and a co-conspirator (**SUSPECT-2**), the remaining robberies are believed to be committed by **PRATT** alone. On April 5, 2021, PRATT was arrested on an unrelated charge.

In a post-*Miranda* interview with Your Affiant, **PRATT** admitted his involvement in each of the robberies.

## Summary of Bank Robberies to Date

5. <u>**Robbery #1 (Count 1) January 21, 2021:** First Convenience Bank, located at 2020 N. 75th Avenue, Phoenix, Arizona.</u> At approximately 3:55 p.m., **PRATT** entered the First Convenience Bank, located within a Walmart store wearing a white or gray sweatshirt turned inside out, red Phillies baseball hat, black face mask, and blue jeans. **PRATT** approached the victim-teller and presented a demand-note. Before the victim-teller could read the note, **PRATT** pulled it away, brandished a black handgun, and verbally demanded cash. The victim-teller told **PRATT** that she had no money. **PRATT** then raised his voice demanding money. A second victim-teller heard **PRATT** demanding money, so she then removed $9,494.00 from her drawer and provided it to **PRATT**. **PRATT** then exited the bank on foot.

6. At the time, the still unknown suspect was described as a Hispanic male, 20-30 years old, 5'10" to 6' tall, approximately 200 pounds with a heavy build. The suspect was identified as having a scripture tattoo on the right side of his neck.

7. Surveillance video from First Convenience Bank and Walmart shows **PRATT** arrive at the Walmart store in an early 2000's BMW X5 SUV with a paper license plate. **PRATT** entered the south door of the store closest to the bank.

 

8. **Robbery #2 (Count 2) January 26, 2021:** Chase Bank, located at 3502 W. Bell Road, Phoenix, Arizona. At approximately 10:25 a.m., both **PRATT** and **SUSPECT-2** entered the Chase Bank together and wait in the teller line for a teller window to open. **PRATT** appears to be wearing the same clothing as in Robbery #1; gray sweatshirt inside out, black pants, black athletic shoes, surgical mask, and black beanie. **SUSPECT-2** is wearing a red/white beanie cap, red zip up sweatshirt, red sweatpants, white athletic shoes, and a black face mask. After waiting in line, both suspects approach the teller window with **SUSPECT-2** standing a few feet behind **PRATT** at the window. **PRATT** demanded cash from the victim-teller and brandished a black handgun. The handgun appears to be the same handgun used in Robbery #1. **SUSPECT-2** stood a few feet behind **PRATT** and appears to serve as a lookout. The victim-teller provided a small amount of cash from her drawer to **PRATT**. **PRATT** demanded more cash and threatened to shoot the victim-teller if she did not produce more. The victim-teller then retrieved more money from her drawer and provided **PRATT** a total of $2,333.00. Both **suspects** then exited the bank.

9. Surveillance video from Chase Bank shows what appears to be a known vehicle enter the bank parking lot on the north side. Seconds later, both **suspects** appear in the video and enter the bank together. Upon exiting the bank, both **suspects** flee toward the north towards the known vehicle.






10. **Robbery #3 (Uncharged) February 5, 2021**: Desert Financial Credit Union, located at 5845 W. Bell Rd., Glendale, Arizona At approximately 5:19 p.m., **PRATT** entered the bank and approached the teller window. **PRATT** told the teller "I need to cash a check." **PRATT** then produced a demand note that read, "I want all the cash," the victim complied and she provided cash, **PRATT** told her to "hurry." Once **PRATT** was provided the cash, he told the teller he wanted more cash and she complied. **PRATT** then took the demand note, approximately $499.00 and left the bank. **PRATT** was seen driving an older model tan vehicle.

11. At the time of the robbery, the still unknown suspect was described as a Native American male, 5'10'-6'01", heavy set, wearing a black hat, an orange reflective construction bib, long sleeve shirt, and a dark face mask.




12. **Robbery #4: (Uncharged) March 6, 2021**: Desert Financial Credit Union located at 2750 E. Germann Rd., Mesa, Arizona. At approximately 10:55 a.m., **PRATT** approached the teller window and said something to the teller she was not able to understand. **PRATT** then produced a note that read "give me your money," and placed it under the bandit barrier. The teller pushed the robbery alarm and the **PRATT** pulled the note back and walked away. **PRATT** did not obtain any currency during this attempted bank robbery.

13. At the time of the robbery, the still unknown suspect was described as a Hispanic or Native male, 6'-6'02", 200-250 pounds, wearing a blue surgical mask, red and white ASU ballcap, gray sweatpants and black Nike shoes. The suspect was identified as having tattoos on top of both hands.

14. **Robbery #5 (Count 3) March 26, 2021:** First American Credit Union located at 1001 N. Pinal Ave., Casa Grande, Arizona. At approximately 3:30 p.m. **PRATT** entered the bank and asked the teller about opening an account. **PRATT** was wearing a face mask but pulled it down briefly to speak to the teller. The teller stated **PRATT** needed an identification to open an account. **PRATT** indicated someone was bringing the identification. The teller told **PRATT**, two forms of identification were needed.

15. **PRATT** then verbally demanded the teller give him the money in her drawer. The teller complied and gave the **PRATT** cash. **PRATT** indicated he wanted more cash, so the teller provided more cash. During the exchange, **PRATT** stated he had a gun at least three times and threatened to shoot her. **PRATT** kept his hand in his pocket as if he had a gun, although the teller never saw a gun. The teller gave the **PRATT** $508.00 U.S. Currency and he left the bank.

16. At the time of the robbery, **PRATT** was described as a Hispanic or Native American male, 6' tall, heavy set with a bald head and tattoos on his neck and a small mustache.

**PRATT** wore a gray zip up hoodie, white t-shirt, black pants and black athletic shoes



17. <u>**Robbery #6: (Count 4) March 26, 2021:** Bank of America located at 1600 E. Florence Boulevard, Casa Grande, Arizona.</u> At approximately 4:06 p.m., **PRATT** entered the bank and waited in line with customers. While still in line **PRATT** asked the teller what he needed to make a deposit for child support. **PRATT** then approached the teller window and presented a note that read "give me the money." The victim-teller was confused and **PRATT** told victim-teller "give me the money or I will shoot you." **PRATT** kept his right hand near his waistband simulating he had a gun. **PRATT** then informed the victim-teller that he saw her push the panic alarm. **PRATT** then demanded money or he was going to shoot her. The teller complied and placed cash on the counter. **PRATT** retrieved the money and demanded his note back, **PRATT** further threatened to shoot victim-teller if she did not return the note. The teller returned the note and the **PRATT** left the bank. **PRATT** obtained $1880.00 in U.S. Currency from the victim-teller.
18. At the time of the robbery, the still unknown suspect was described as possibly an

African American mix, not dark skinned, 5'10", 300 pounds, bald head, tattoo on top of left hand, blue surgical mask, and light blue long sleeve Nike shirt with a basketball on it



19. **Robbery #7: (Uncharged) April 2, 2021:** US Bank loctated at 16380 W Yuma Road, Goodyear, Arizona. At approximately 11:37 a.m., **PRATT** approached the victim-teller window and presented a demand note that reads "All the money," The victim-teller complied and removed cash from her drawer. **PRATT** pointed to a second vitim-teller and demanded money from her drawer as well. The second victim-teller removed money from her drawer and handed it to the original teller who handed the cash to the suspect. **PRATT** told the victims to "hurry up" numerous times. **PRATT** walked away from the bank in an unknown direction. **PRATT** obtained $5885.00 U.S Currency.
20. At the time of the robbery, the still unknown suspect was described as a hispanic or native american male, 5'10", heavy set, white tshirt, black pants, black mask, and a black hat with an "Arizona Cardinals" logo on it, and tattoos on both arms.




## Investigation

21. Throughout the course of this investigation, Your Affiant developed Richard PRATT as the likely suspect in the bank robberies charged in Counts 1 – 4.

## Arrest and Interview of Richard Pratt

22. On April 5, 2021, Detectives were contacted and advised by Goodyear Police that **PRATT** had been involved in an unrelated incident and had been arrested at approximately 4:43 a.m.

23. Your affiant responded to the Goodyear Police Headquarters located at 11 N. 145th Avenue, Goodyear, Arizona and interviewed **PRATT** at approximately 6:40 a.m.

24. During a post-*Miranda* interview **PRATT** admitted his involvement in all the robberies, but was reluctant to provide information regarding **SUSPECT-2**. **PRATT** said he was not a "snitch" and all he would tell Your Affiant about is his actions during the robberies.

25. **PRATT** explained that he struggles with life outside prison and decided to do robberies until he was caught and had no other reason for committing the robberies.

    **PRATT** stated that he used a demand note during the robberies to obtain cash and in other cases verbally demanded money. However, **PRATT** claimed that the handgun used in Robbery #1 was an air pistol. **PRATT** said he used the money he obtained from each robbery to live from and to gamble at casinos.

26. **PRATT** would not get into details of each incident and just admitted he committed each robbery as they were described to **PRATT** by Your Affiant. **PRATT** acknowledged there would be surveillance video of each incident.

27. **PRATT** initially denied knowing **SUSPECT-2**, but during transport following the interview. **PRATT** asked what happened to his friend, **SUSPECT-2**. **PRATT** told detectives he lived with **SUSPECT-2** for a short period and the two met while in prison.

28. **PRATT** was again asked about robbery #2, where he and **SUSPECT-2** participated the robbery. He claimed that **SUSPECT-2** was not there and that "robberies" are not **SUSPECT-2's** thing and **SUSPECT-2** does other things.

29. Detectives confronted **PRATT** that surveillance video showed it was him and **SUSPECT-2** in the bank and he (PRATT) was wearing the same clothes as he wore in Robbery #1. **PRATT** said agents will have to talk to **SUSPECT-1** about what **SUSPECT-1** did. **PRATT** again claimed he did the robberies by himself.

## REQUEST FOR AUTHORIZATION

For these reasons, your affiant submits that there is probable cause to believe Richard Pratt committed the 4 bank robberies charged in Attachment A and described above, each in violation of Title 18 U.S.C. § 2113(a) (Bank Robbery).

//

//

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

*Raymond Pauwels*
Raymond Pauwels
Task Force Officer
Federal Bureau of Investigation

Sworn telephonically before me this ___6___ day of April, 2021.

*M Morrissey*
HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge